UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION | CASE NO. 07-cv-9531 (LTS)(GWG) |
| Plaintiff, | RULE 7.1 STATEMENT |
| v. | |
| NU-VALET CLEANERS | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Educational Credit Management Corporation (a private non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

By: /s/ Kenneth L. Baum
Kenneth L. Baum

Attorney Bar Code: KB 2492

DATED: October 24, 2007