United States District Court
Southern Distirict of New York

Educational Credit Management Corp.,

                                            Plaintiff(s)

    -against-

Nu-Valet Cleaners, Inc.,

                                           Defendant(s)

AFFIDAVIT OF SERVICE
Case No.  07 Civ. 9531
Date Filed  10-25-2007

State of New York )
                   ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That on December 12, 2007 at approximately 10:45 AM deponent served the following specific papers  pursuant to Section 306 of the Business Corporation Law,  Summons in a Civil Action and Complaint with Exhibits, Rule 7.1 Statement, Civil Cover Sheet and Individual Practices of Judge Laura Taylor Swain, that the party served was Nu - Valet Cleaners, Inc., a domestic business corporation, the defendant in this action,  by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 41 State Street, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                Mary M. Bonville

Sworn to before me this 12th day of December, 2007

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010