

Kenneth L. Baum
MEMBER
ADMITTED IN NJ AND NY

Reply to New Jersey Office
WRITER'S DIRECT LINE: (201) 525-6327
WRITER'S DIRECT FAX: (201) 678-6327
WRITER'S E-MAIL: kbaum@coleschotz.com

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0900
201.489.3000  201.489.1536 FAX

900 Third Avenue, 16th Floor
New York, NY 10022-4728
212.752.8000  212.752.8393 Fax

January 28, 2008

**VIA FACSIMILE (212) 805 - 0426**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
Room 755
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:  Educational Credit Management Corporation
     v. Nu-Valet Cleaners
     Civil Action No. 9531 (GWG)
     07 civ 9531 (LTS)

Dear Judge Swain:

This firm represents Educational Credit Management Corporation ("ECMC") with regard to the above-referenced matter.

In accordance with the instructions Your Honor's Law Clerk provided, I am requesting an adjournment of the pre-trial conference scheduled for February 1, 2008. There is no need for a conference at this time because the Defendant has failed to file an answer to the complaint and its time to do so has now expired. We now intend to request the Clerk to enter default and to prepare a motion to enter default judgment.

Calculating the amount of the default judgment in this matter is somewhat complicated. The complaint is based on Defendant Nu-Valet Cleaners, Inc.'s failure to garnish a portion of the wages of one of its employees pursuant to 20 U.S.C. § 1095a. We are in the process of attempting to obtain the employee's salary information to enable ECMC to calculate the amount of the default judgment. We anticipate serving the employee with a subpoena in the near future. Additionally, the statute also provides for an award of attorneys' fees, and we ultimately intend to include a fee application as part of our default judgment motion.

WWW.COLESCHOTZ.COM

40475/0124-1508402v1

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTORNEYS AT LAW

Honorable Laura Taylor Swain
January 28, 2008
Page 2

    In sum, we respectfully request the Court to adjourn the upcoming pre-trial conference so that we may request the Clerk to enter default and thereafter prepare an appropriate motion for default judgment.

    The Defendant was served through the New York Secretary of State ("Secretary") because the Defendant apparently moved from its former location without leaving a forwarding address. I am sending a copy of this correspondence to the Secretary.

    The Court's time and attention to this matter are greatly appreciated. We await the Court's instructions.

Respectfully submitted,

*Kenneth LB* (signature)

Kenneth L. Baum

CPM:rlg
cc: New York Secretary of State

*The conference is adjourned to May 2, 2008, at 10:00 AM.*

SO ORDERED.

_____ 1/30/2008
LAURA TAYLOR SWAIN
DISTRICT JUDGE

40475/0124-1506402v1