USDC S...
DOCUME...
ELECTRON...
DOC #: _____
DATE FILED: FEB 1 3 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORP., <br><br> Plaintiff, <br><br> -against- <br><br> NU-VALET CLEANERS, INC. <br><br> Defendant. | CIVIL ACTION NO. 07-9531 (LTS) <br><br> Civil Action <br><br> **ORDER ADMITTING CHRISTOPHER P. MASSARO, ESQ. *PRO HAC VICE* AS COUNSEL FOR PLAINTIFF ON WRITTEN MOTION** |

**UPON THE MOTION** of Kenneth L. Baum, Esq., Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Plaintiff, Educational Credit Management Corp. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that,

Christopher P. Massaro, Esq.

Cole, Schotz, Meisel, Forman & Leonard P.A.

900 Third Avenue – 16th Floor

New York, New York 10022

and

25 Main Street, Hackensack, New Jersey 07601

(212) 752 8000 and (201) 525-6272

(201) 678-6272

cmassaro@coleschotz.com

is admitted to practice *pro hac vice* for Plaintiff, Educational Credit Management Corporation, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to

40475/0124-1508474v1

the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ESC) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: February 13, 2008
New York, New York

Hon. Laura Taylor Swain, U.S.D.J.