Swain

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 2 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORP., | CIVIL ACTION NO. 07-9531 (LTS) |
| Plaintiff, | Civil Action |
| -against- | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| NU-VALET CLEANERS, INC., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Educational Credit Management Corporation, hereby dismisses the Complaint against Defendant Nu-Valet Cleaners, Inc. without prejudice.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Attorneys for Plaintiff, Educational Credit
Management, Corporation

By: _____
Kenneth L. Baum

DATED: June 6, 2008

The clerk of Court is requested to close this case.
SO ORDERED:
_____ 6/11/08
Laura Taylor Swain, U.S.D.J.

40475/0124-1524563v1